UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KATELYN HANKS** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **SOUTHERN KITCHEN CONCEPTS, LLC,** | § | **CIVIL ACTION NO. 3:18CV01316B** |
| **RJ MEXICAN CUISINE, L.L.C., MARLU** | § | |
| **DAYS LLC, d.b.a. T.G.I. FRIDAY'S and** | § | |
| **MARKET ROSS TX OFFICE OWNER, LLC** | § | |

### AGREED MOTION AND BRIEF TO EXTEND DEADLINE OF DEFENDANT MARKET ROSS TX OFFICE OWNER, LLC TO FILE ANSWER OR OTHER RESPONSIVE PLEADING OR MOTION

Plaintiff Katelyn Hanks ("Plaintiff") and Defendant Market Ross TX Office Owner, LLC ("Market Ross") file this agreed motion and brief requesting additional time for Defendant to file its Answer or other responsive pleading or motion as authorized by FED. R. CIV. P. 6(b) and 12.

### A.  Introduction

1.     Plaintiff sued Market Ross pursuant to claims under 42 U.S.C., § 12181 *et seq.*.

2.     On May 24, 2018, Market Ross was served with a copy of Plaintiff's Original Complaint.  Pursuant to FED. R. CIV. P. 12, Market Ross's answer and/or responsive pleadings or motions are due on June 14, 2018.

3.     Defendant needs additional to review the relevant documents and prepare complete and accurate responsive pleadings.

4.     Plaintiff and Market Ross filed this request for an extension as soon as they became aware of the need for additional time and before the deadline for Market Ross's answer or other responsive pleadings.

## B.  Argument

5.     The court may grant a request for extension of time for "cause shown."  FED. R. CIV. P. 6(b).

6.     The parties ask the Court to extend the deadline for LINA to answer and/or file responsive pleadings or motions until and including June 28, 2018.

7.     The parties have agreed to extend the deadline as reflected by their signatures below.  Such extensions will not delay or affect other deadlines.  *See* FED. R. CIV. P. 6(b).

## C.  Conclusion

WHEREFORE, Plaintiff and Defendant Market Ross respectfully request that the Court extend the deadline for Market Ross to file an answer and/or responsive pleadings or motions until and including June 28, 2018 and grant the parties any other or further relief to which they may be legally or equitably entitled.

Respectfully submitted,

*/s/ S. Wesley Butler*

**Craig A. McDougal**
State Bar No.: 13569850
**S. Wesley Butler**
State Bar No.: 24045593

**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas  75201
Tel:    (214) 922-7100
Fax:    (214) 279-5113
Email:      cramey@kilpatricktownsend.com
            cmcdougal@ kilpatricktownsend.com
            wbutler@ kilpatricktownsend.com

**ATTORNEYS  FOR  DEFENDANT MARKET ROSS TX OFFICE OWNER, LLC**

Law Offices of
**THE SCHAPIRO LAW GROUP, P.L.**

*/s/  Douglas S. Schapiro*
**Douglas S. Schapiro, Esq.**
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com


Law Offices of
**LIPPE & ASSOCIATES**

Emil Lippe, Jr., Esq.
State Bar No. 12398300
Lippe & Associates
12222 Merit Drive, Suite 1200
Dallas, TX 75251
Tel: (214) 855-1850
Fax: (214) 720-6074
emil@texaslaw.com


**ATTORNEYS FOR PLAINTIFF**


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 12th day of June, 2018, the foregoing document was served via the Court's ECF system upon all known counsel of record.


/s/ S. Wesley Butler